United States District Court
Southern District of Texas
ENTERED

AUG 27 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 26 1998

Michael N. Milby
Clerk of Court

10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YU XAIO JAIN | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-93-161 |
| E. M. TROMINSKI, | * | |
| DISTRICT DIRECTOR, | * | |
| IMMIGRATION & NATURALIZATION | * | |
| SERVICE, ET AL | * | |

## ORDER OF DISMISSAL

Before this Court is a Petition for Writ of Habeas Corpus filed pursuant 8 U.S.C. § 1105 (a)(b), seeking review of the decision of the Board of Immigration and Appeals, dated August 6, 1993, denying his application for withholding of deportation, and asylum and ordering that he be excluded and deported to China.

Ordered to respond, the Director of Immigration and Naturalization Service has filed a brief in suport of the decision of the Board of Immigration and Appeals and released Petitioner on Bond. Almost five years have elapsed and Petitioner has failed to file a brief in support of his position or take any action to further prosecute his case.

Because of the foregoing, this Court is of the opinion that this cause of action should be dismissed for failure to prosecute.

It is so ORDERED.

Done at Brownsville, Texas, this 26th day of August, 1998.

Filemon B. Vela
United States District Judge